ADOLPH GOLDMARK, Appellant, *v.* MAGNOLIA METAL COMPANY, Respondent.

Reported below, 44 App. Div. 35.
(Submitted January 22, 1900; decided January 30, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 31, 1899, which affirmed a judgment in favor of defendant, entered upon a dismissal of the complaint at a Trial Term.

The motion was made on the grounds that the judgment was unanimously affirmed by the Appellate Division; that the Appellate Division has not certified that a question of law is involved which ought to be reviewed by the Court of Appeals, nor has the appeal been allowed by a judge of this court; that the action is one to recover compensation for services, and is not, as of right, appealable to this court.

*Nichols & Bacon* for motion.

*Constant & Coghill* opposed.

Motion denied, with ten dollars costs.